No. 56998.—Matchless Electric Company v. United States, protest 191036–K/3814 (Chicago).

Opinion by OLIVER, C. J. The official papers disclosed that the entry was liquidated on January 16, 1952, and the protest was not filed until March 18, 1952, more than 60 days after liquidation of the entry. The protest, being untimely within the provision of section 514, Tariff Act of 1930, was therefore dismissed.

No. 56999.—Peerless Roll Leaf Co., Inc. v. United States, petition 6875–R (New York).

Opinion by OLIVER, C. J. From the testimony it appeared that an item described on the invoice as "Commission: 3%" was mistaken to be a buying commission and, therefore, was deducted on entry, when, as a matter of fact, the amount represented a discount and should have been included in the value. The true condition was not called to the petitioner's attention until it was too late to amend the entry. Consequently, the appraised value, which included the disputed item, resulted in a value higher than that used on entry. From the examination of the record, the court was satisfied that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.